UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.    CR-08-2083-WFN-1 |
| ) | |
| -vs- ) | ORDER OF DISMISSAL |
| ) | |
| DANIEL ESPINO-LLAMAS, ) | |
| Defendant. ) | |

A hearing was held January 12, 2009. The Defendant, who is in custody, was present and represented by J. Jarrette Sandlin; Assistant United States Attorney Thomas Hanlon represented the Government.

The Defendant was sentenced in CR-08-2101-WFN-1. Pursuant to the plea agreement the Government made an oral motion to dismiss the above captioned matter.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss this criminal matter is **GRANTED.**

2. The above captioned criminal matter is **DISMISSED with prejudice.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 12th day of January, 2009.

01-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER